UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELECTRICAL WORKERS PENSION TRUST FUND OF
LOCAL UNION #58, IBEW, et. al.,

                Plaintiffs,

                                      Case No.  05-73644

-vs-                                  HON. PATRICK J. DUGGAN

ALCAR ELECTRIC, INC.,
a corporation incorporated under the
laws of the State of Michigan,

                Defendant.
_____/

**CONSENT ORDER (i) DISMISSING CASE WITHOUT
PREJUDICE, AND (ii) SETTING PROCEDURES FOR
RE-OPENING OF CASE AND ENTRY OF CONSENT JUDGMENT**

At a Session of Said Court
held at the United States District Courthouse,
Detroit, Michigan, on December 14, 2005.

PRESIDING: Honorable PATRICK J. DUGGAN, United States District Judge

Plaintiffs and Defendant having entered into a Settlement Agreement, a copy of which is attached hereto, and having consented to the entry of this Order; and the Court, after having been fully advised of the terms of such agreement;

IT IS HEREBY ORDERED that this case is dismissed without prejudice and without costs to either party and shall be administratively closed.

IT IS FURTHER ORDERED that upon the occurrence of a Default under the Settlement Agreement, that is not cured as provided in the Settlement Agreement, Plaintiffs shall file with this Court and serve on Defendant Alcar Electric, Inc. (a) a Notice of Re-Opening Case, and (b) an

1

Affidavit of Default under Settlement Agreement, and, without any further notice, hearing, application or order, shall present the Consent Order Re-Opening Case and Entry of Consent Judgment in the form attached to the Settlement Agreement, for immediate entry by this Court without the necessity of a hearing.

   This Court shall retain jurisdiction over this matter for purposes set forth in the preceding paragraph.

                                          s/PATRICK J.  DUGGAN
DATED: December 14, 2005                  UNITED STATES DISTRICT JUDGE