UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELECTRICAL WORKERS PENSION TRUST FUND OF
LOCAL UNION #58, IBEW, et. al.,

                Plaintiffs,

-vs-

Case No. 05-73644
HON. PATRICK J. DUGGAN

ALCAR ELECTRIC, INC.,
a corporation incorporated under the
laws of the State of Michigan,

                Defendant.
_____/

**CONSENT ORDER RE-OPENING CASE**
**AND ENTRY OF CONSENT JUDGMENT**

At a Session of Said Court
held at the United States District Courthouse,
Detroit, Michigan, on April 5, 2006.

PRESIDING: Honorable PATRICK J. DUGGAN, United States District Judge

Plaintiffs having filed a Notice of Re-Opening Case, together with an Affidavit of Default Under Settlement Agreement under the terms of the Settlement Agreement between Plaintiffs and Defendants, and a Consent Order (i) Dismissing Case Without Prejudice, and (ii) Setting Procedures for Re-Opening of Case and Entry of Consent Judgment having been previously entered by the Court; and the Court being fully advised;

Accordingly, IT IS HEREBY ORDERED AND ADJUDGED:

1.       This case is re-opened.

2.       Judgment is entered in favor of Plaintiffs and against Alcar Electric, Inc. in the amount of $98,131.20, less a credit for all amounts paid by Alcar Electric, Inc. under the Settlement

1

Agreement entered into in this matter, plus interest, costs and attorneys fees, as provided for in §502(g) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 USC §1132(g)(2).

3.  For the period of time after the date of the settlement agreement in this matter, Defendant Alcar Electric, Inc. shall fully remit all fringe benefit contributions due to the Funds on behalf of persons performing covered work for Alcar Electric, Inc. along with the corresponding Employers' Weekly Fringe Benefit Reports.

4.  This court shall retain jurisdiction over this matter for purposes of enforcement of the provisions of this Consent Judgment.

DATED: April 5, 2006                     s/PATRICK J. DUGGAN
                                         UNITED STATES DISTRICT JUDGE